IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSH EVANS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-2944 |
| | § | |
| BASDEN STEEL and CURTIS BASDEN, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

It appears from the face of Plaintiff's complaint that there is no connection between this case and the Dallas Division of the Northern District of Texas, and inquiry of Plaintiff's counsel revealed none. Accordingly, on the Court's own motion, this case is **TRANSFERRED** to the United States District Court for the Northern District of Texas, Fort Worth Division. 28 U.S.C. §§ 124(a)(2), 1404(a), 1404(b).

**SO ORDERED.**

September 14th, 2015.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE